UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BIG HAT BOOKS, et al., | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| vs. | ) | 1:08-cv-596-SEB-TAB |
| | ) | |
| PROSECUTORS: ADAMS, et al., | ) | |
|     Defendants. | ) | |

**JUDGMENT**

Pursuant to the Court's ruling simultaneously entered on this date, final judgment is hereby entered in favor of Plaintiffs and against Defendants. Each party shall bear its own costs. IT IS SO ORDERED.

Date: 07/01/2008

_signature: Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Matthew Thomas Albaugh
BAKER & DANIELS LLP
matthew.albaugh@bakerd.com

David A. Arthur
INDIANA STATE ATTORNEY GENERAL
David.Arthur@atg.in.gov

Michael A. Bamberger
SONNENSCHEIN NATH & ROSENTHAL LLP
mbamberger@sonnenschein.com

Eric James Beaver
INDIANA STATE ATTORNEY GENERAL
eric.beaver@atg.in.gov

Kenneth J. Falk
ACLU OF INDIANA
kfalk@aclu-in.org

Jon Laramore
BAKER & DANIELS LLP
jon.laramore@bakerd.com